UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,                                    Case No. 6:22-cv-01409-WWB-DAB

       Plaintiff,

v.

MILDRED R. RISNER, and
FANCY FRUIT & PRODUCE OF
EAST COLONIAL, INC., etc.,

       Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, and Defendants, Mildred R. Risner, and Fancy Fruit & Produce Of East Colonial, Inc. (collectively, the Parties), notify the Court that the Parties have amicably resolved all claims asserted in the Complaint. The Parties expect to file a stipulation of dismissal with prejudice of the Complaint within thirty (30) days.

The Parties respectfully request that the Court administratively close the file to provide the Parties with sufficient time to complete the settlement without having to file any further responses, motions, and/or pleadings.

*Wagner v. Risner, et al.*
Case No. 6:22-cv-01409-WWB-DAB
Joint Notice of Settlement

Respectfully submitted,

JOE M. QUICK, P.A.

By: /s/ Joe M. Quick
Joe M. Quick, Esq.
Florida Bar No.: 0883794
JMQuickEsq@gmail.com
1224 S. Peninsula Drive, #619
Daytona Beach, FL 32118
Telephone: (386) 212-3591

*Attorneys for Plaintiff*

FORD & HARRISON, LLP

By: /s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.
Florida Bar No.: 308102
mlindberg@fordharrison.com
1450 Centrepark Blvd, Suite 325
West Palm Beach, FL 33401
Telephone: (561) 345-7505

Luis A. Santos, Esq.
Florida Bar No. 0084647
lsantos@fordharrison.com
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone: (813) 261-7800

*Attorneys for Defendant,*
*Fancy Fruit & Produce*

THE ORLANDO LAW GROUP, PL

By: /s/ *Jeffrey W. Smith*
Jeffrey W. Smith, Esq.
Florida Bar No. 106191
jsmith@theorlandolawgroup.com
12301 Lake Underhill Rd., Ste. 213
Orlando, FL 32828
Telephone: (407) 512-4394

*Attorneys for Defendant,*
*Mildred R. Risner*

2

*Wagner v. Risner, et al.*
Case No. 6:22-cv-01409-WWB-DAB
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.

3